# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KENNETHA MITCHELL,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.        Case No. 3:22-cv-421-TJC-JBT

PEPSICO, INC.,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff Mitchell's Unopposed Motion to Transfer Venue. (Doc. 12). Plaintiff Mitchell seeks the transfer to facilitate a consolidated settlement with other similar cases, which Defendant PepsiCo does not oppose. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff Mitchell's Unopposed Motion to Transfer Venue (Doc. 12) is **GRANTED**.

2. The Clerk shall forthwith transfer this case to the United States District Court, Southern District of New York, for all further proceedings. Following transfer, the Clerk is directed to close this file.

3. Plaintiff Mitchell is directed to send a copy of this Order to Defendant PepsiCo.

**DONE AND ORDERED** in Jacksonville, Florida the 24th day of May, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record

2